Form 27 - GENERAL PURPOSE
**MAYERSON & ASSOCIATES**
**ATTN: MAURICICO BETRONE**
U.S. DIST. COURT      SOUTHERN/NY    COUNTY
-----------------------------------------------------

P.P. AND A.G. ON BEHALF OF T.P.          plaintiff

          - against -

NEW YORK CITY DEPARTMENT OF              defendant
EDUCATION
-----------------------------------------------------

Index No. **07CV10525**

Date Filed ............

Office No. **MAURICIO BERTONE**

Court Date:   /   /

STATE OF NEW YORK, COUNTY OF NEW YORK            :SS:

**BRETT M. GOLUB**    being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action, and reside in the
State of New York.
   That on the **27th  day of November, 2007**    at  **03:13 PM.**,         at
   **%MICHAEL A. CARDOZO ESQ. CITY OF NEW YORK LAW DEPT**
   **100 CHURCH ST.NEW YORK,NY 10007 4FL**
I served a true copy of the
   **SUMMONS AND COMPLAINT**
   **JUDGES RULES**

upon **NEW YORK CITY DEPARTMENT OF EDUCATION**
the **DEFENDANT** therein named,
by delivering to, and leaving personally with
   **TAMEKA MENDES-GAMMON---CLERK AUTHORIZED TO ACCEPT**

a true copy of each thereof.

   Deponent describes the person served as aforesaid to the best of deponent's
ability at the time and circumstances of the aforesaid service as follows:
       SEX: **FEMALE**         COLOR: **BLACK**          HAIR: **BLACK**
       APP. AGE: **30**        APP. HT: **5:8**          APP. WT: **130**

OTHER IDENTIFYING FEATURES:


Sworn to before me this
27th  day of  November, 2007i



SAMSON NEWMAN
Notary Public, State of New York
    No.01NE-4783767
Qualified in NEW YORK COUNTY
Commission Expires 11/03/2009

BRETT M. GOLUB  1239212
AETNA   CENTRAL   JUDICIAL   SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 7MA795224