

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

CHEVON A. BROOKS
212-788-0874
212-788-0877 (fax)

December 17, 2007

By Fax:
Honorable Barbara S. Jones
United States District Court
Southern District of New York
500 Pearl Street, Room 18B
New York, New York 10007

    Re:    P.P., et ano v. New York City Dep't of Education
             Index No.: 07 CIV 10525

Dear Judge Jones:

    I am an Assistant Corporation Counsel with the New York City Law Department assigned to represent defendant New York City Department of Education. In this action in which Plaintiff seeks only an award of attorney's fees incurred in connection with a previous administrative proceeding, I write to respectfully request that the Court grant all defendants an additional 45 days (until Friday, February 1, 2008) to respond to the complaint. As the complaint was allegedly served on or about November 21, 2007, defendants were required to respond by December 17, 2007. I have communicated with Plaintiff's counsel, who consents to this request. No previous requests for an adjournment have been made.

    The reason for this request is that additional time is needed for this office to investigate the allegations in the complaint and to determine the reasonableness of the attorney's fees Plaintiff seeks in his complaint. Additional time may also allow the parties the ability to negotiate an amicable resolution without court intervention.

    Thank you for your consideration.

*Application Granted.*

Respectfully submitted,

Chevon Andre Brooks, Esq. (CB 1616)
Assistant Corporation Counsel

SO ORDERED
Dated: BARBARA S. JONES
U.S.D.J.
12/18/07

CC   Gary S. Mayerson (GSM8413)
     Mayerson & Associates
     Attorneys for Plaintiff
     330 West 38th Street, Suite 600
     New York, New York 10018